# UNITED STATES BANKRUPTCY COURT

WESTERN    DISTRICT OF   TEXAS

El PASO DIVISION

Clear All Fields

Save

In Re.

§
§
A.B.A.N.E Properties, Ltd.    §
§
Debtor(s)

Case No.  23-31398

☐ Jointly Administered

## Amended Monthly Operating

Chapter 11

Reporting Period Ended: 02/29/2024      Petition Date: 12/29/2023

Months Pending: 0      Industry Classification: ☐ ☐ ☐ ☐

Reporting Method:    Accrual Basis ○    Cash Basis ◉

Debtor's Full-Time Employees (current):      0

Debtor's Full-Time Employees (as of date of order for relief):      1

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period    (Reconciliation to follow.)
☐    Description of the assets sold or transferred and the terms of the sale or transfer

Signature of Responsible Party

04/10/2024
Date

Nora I. Herrera
Printed Name of Responsible Party

416 N. Stanton Ste 120, El Paso, TX 79901
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name **A.B.A.N.E Properties, Ltd.**   [ Save ]   Case No. **23-31398**

| **Part 1: Cash Receipts and Disbursements** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Cash balance beginning of month | $ 7,643.86 | |
| b. Total receipts (net of transfers between accounts) | $ 10,502.00 | |
| c. Total disbursements (net of transfers between accounts) | $ 14,834.65 | |
| d. Cash balance end of month (a+b-c) | 3,311.21 | |
| e. Disbursements made by third party for the benefit of the estate | | |
| f. Total disbursements for quarterly fee calculation (c+e) | | |

| **Part 2: Asset and Liability Status**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** |
|---|---|
| a. Accounts receivable (total net of allowance) | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | |
| c. Inventory   ( Book ◯  Market ◯  Other ◯   (attach explanation)) | |
| d. Total current assets | $ 6,571,569.59 |
| e. Total assets | $ 6,571,569.59 |
| f. Postpetition payables (excluding taxes) | |
| g. Postpetition payables past due (excluding taxes) | |
| h. Postpetition taxes payable | |
| i. Postpetition taxes past due | |
| j. Total postpetition debt (f+h) | |
| k. Prepetition secured debt | $ 5,022,633.88 |
| l. Prepetition priority debt | $ 134,600.00 |
| m. Prepetition unsecured debt | $ 1,417,133.00 |
| n. Total liabilities (debt) (j+k+l+m) | $ 6,574,366.88 |
| o. Ending equity/net worth (e-n) | $ -2,797.29 |

| **Part 3: Assets Sold or Transferred** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | | |

| **Part 4: Income Statement (Statement of Operations)**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | **Cumulative** |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $ 10,447.01 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | | |
| c. Gross profit (a-b) | $ 10,447.01 | |
| d. Selling expenses | | |
| e. General and administrative expenses | $ 8,835.07 | |
| f. Other expenses | | |
| g. Depreciation and/or amortization (not included in 4b) | | |
| h. Interest | | |
| i. Taxes (local, state, and federal) | | |
| j. Reorganization items | | |
| k. Profit (loss) | $ 1,611.94 | |

UST Form 11-MOR (12/01/2021)                   2

Debtor's Name    A.B.A.N.E Properties, Ltd.              Save        Case No.  23-31398

## Part 5:  Professional Fees and Expenses

|   | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | $1,250.00 | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i  Brad W. Odell | Trustee | | | |

|   | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i  AppFolio | Property Mgmt Software | | $398.06 | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | _____ | _____ |
| b. | Postpetition income taxes paid (local, state, and federal) | _____ | _____ |
| c. | Postpetition employer payroll taxes accrued | _____ | _____ |
| d. | Postpetition employer payroll taxes paid | _____ | _____ |
| e. | Postpetition property taxes paid | _____ | _____ |
| f. | Postpetition other taxes accrued (local, state, and federal) | _____ | _____ |
| g. | Postpetition other taxes paid (local, state, and federal) | _____ | _____ |

## Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ●

c.  Were any payments made to or on behalf of insiders?     Yes ○   No ●

d.  Are you current on postpetition tax return filings?     Yes ●   No ○

e.  Are you current on postpetition estimated tax payments?     Yes ●   No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ○   No ●

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ●

h.  Were all payments made to or on behalf of professionals approved by the court?     Yes ○   No ○   N/A ●

i.  Do you have:     Worker's compensation insurance?     Yes ○   No ●

            If yes, are your premiums current?     Yes ○   No ○   N/A ●   (if no, see Instructions)

            Casualty/property insurance?     Yes ●   No ○

            If yes, are your premiums current?     Yes ●   No ○   N/A ○   (if no, see Instructions)

            General liability insurance?     Yes ●   No ○

            If yes, are your premiums current?     Yes ●   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○   No ●

k.  Has a disclosure statement been filed with the court?     Yes ○   No ●

| Debtor's Name | A.B.A.N.E Properties, Ltd. | Save | Case No. | 23-31398 |
|---|---|---|---|---|

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ● No ◉

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | |
| b. | Gross income (receipts) from self-employment | |
| c. | Gross income from all other sources | |
| d. | Total income in the reporting period (a+b+c) | |
| e. | Payroll deductions | |
| f. | Self-employment related expenses | |
| g. | Living expenses | |
| h. | All other expenses | |
| i. | Total expenses in the reporting period (e+f+g+h) | |
| j. | Difference between total income and total expenses (d-i) | |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| _(signature)_ | Nora I. Herrera |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Manager | 04/10/2024 |
| Title | Date |

| Save | Generate PDF for Court Filing and Remove Watermark |
|---|---|

1:32 PM

03/20/24

Accrual Basis

# A.B.A.N.E. Properties, Ltd.
# Profit & Loss
## February 2024

|  | Feb 24 |
| --- | --- |
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental - N. 1302 Stanton | 10,447.01 |
| **Total Income** | 10,447.01 |
| **Expense** | |
| Bank Service Charges | 5.65 |
| **Insurance** | |
| Commercial Property Insura... | 2,311.26 |
| **Total Insurance** | 2,311.26 |
| **Payroll Expenses** | |
| Payroll Fees | -54.99 |
| **Total Payroll Expenses** | -54.99 |
| **Professional Fees** | |
| Building Inspection Services | 185.40 |
| Legal Fees | 1,250.00 |
| Professional Fees - Other | 398.06 |
| **Total Professional Fees** | 1,833.46 |
| **Utilities** | |
| **Gas and Electric** | |
| 1011 N. Mesa Electric | 375.00 |
| 1011 N. Mesa Gas | 196.52 |
| 115 Buena Vista | 199.00 |
| **Total Gas and Electric** | 770.52 |
| **Water** | |
| 1011 N. Mesa Water | 213.08 |
| 115 Buena Vista | 76.17 |
| Water - Other | 3,395.00 |
| **Total Water** | 3,684.25 |
| **Total Utilities** | 4,454.77 |
| **Waste Disposal** | |
| 1011 N. Mesa | 284.92 |
| **Total Waste Disposal** | 284.92 |
| **Total Expense** | 8,835.07 |
| **Net Ordinary Income** | 1,611.94 |
| **Net Income** | **1,611.94** |

# VANTAGE BANK
## TEXAS

*Statement Ending 02/29/2024*

*A B A N E PROPERTIES LTD*      *Page 1 of 4*
*Customer Number:XXXXXXX61911*

**RETURN SERVICE REQUESTED**

A B A N E PROPERTIES LTD
PO BOX 920753
EL PASO TX 79902-0014

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | El Paso Downtown |
| 📱 | Branch Number | (915) 594-3400 |
| 👤 | Customer Service | 1-866-580-7262 |
| ✉ | Mailing Address | 175 East Arizona, El Paso, TX 79902 |
| 💻 | Online Banking | www.vantage.bank |

## VANTAGE SECURITY UPDATE ☆

### FOLLOW THE TIPS BELOW TO AVOID FALLING VICTIM TO SCAMMERS

- THE BANK WILL NEVER ASK FOR YOUR USERNAME, PASSWORD OR PIN NUMBER.
- VERIFY ALL LINKS AND PHONE NUMBERS ON EMAILS BEFORE CLICKING.
- TAKE THE TIME TO READ AND UNDERSTAND YOUR EMAIL TO AVOID FALLING FOR EMAIL SCAMS.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| (90) Vantage Business Checking | XXXXXXX61911 | $3,311.21 |

## (90) Vantage Business Checking-XXXXXXX61911

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2024 | **Beginning Balance** | **$7,643.86** |
| | 2 Credit(s) This Period | $10,502.00 |
| | 18 Debit(s) This Period | $14,834.65 |
| 02/29/2024 | **Ending Balance** | **$3,311.21** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/22/2024 | DEPOSIT | $54.99 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 02/15/2024 | EP RENT ADVANTAGE MED CA FEBRUARY RENT | $10,447.01 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 02/05/2024 | WASTE CONNECTION WEB_PAY 79885240020224 | $284.92 |
| 02/12/2024 | APPFOLIO SAAS 8173930 | $398.06 |
| 02/12/2024 | EL PASO ELECTRIC BILL PAY 18210109081 | $375.00 |
| 02/12/2024 | EL PASO ELECTRIC BILL PAY 18210121621 | $196.52 |
| 02/12/2024 | BILLMATRIX BILLPAYFEE 18210109082 | $2.35 |
| 02/12/2024 | BILLMATRIX BILLPAYFEE 18210121622 | $2.35 |

🏠 Equal Housing Lender | MEMBER FDIC

A B A N E PROPERTIES LTD          XXXXXXX61911          Statement Ending 02/29/2024          Page 2 of 4



**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

WITHDRAWALS OUTSTANDING – NOT CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

**BEFORE YOU START –**

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances.
2. Credit memos.
3. Other automatic deposits
4. Interest paid.

YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT          $ _____

**ADD +**

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)          $ _____

_____

**TOTAL**          $ _____

**SUBTRACT -**

WITHDRAWALS OUTSTANDING          $ _____

**BALANCE**          $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-580-7262 or write us at the address located on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number (if any).
(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Customer Service:**
1-866-580-7262

**Visit Us Online at:**
www.vantage.bank

**Lost or Stolen Debit Cards:**
1-800-472-3272

# VANTAGE BANK
## TEXAS

## (90) Vantage Business Checking-XXXXXXX61911 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 02/15/2024 | 036482 Business Online XFER TO CHECKING 107890756 ON 2/15/24 AT 10:24 | $700.00 |
| 02/15/2024 | Texan Properties WEB PMTS VYP2G9 | $2,768.76 |
| 02/15/2024 | ZIA NATURAL GAS NATURALGAS 9378731 | $123.00 |
| 02/15/2024 | ALTO LAKES WATER ACH Collec 238002 | $76.17 |
| 02/15/2024 | AppFolio, Inc. F WEB PMTS B2T2G9 | $2.49 |
| 02/15/2024 | IC FEE ZIA GAS WEB PAYMNT 9379963 | $0.95 |
| 02/16/2024 | 985771 Business Online XFER TO CHECKING 107890756 ON 2/16/24 AT 9:19 | $800.00 |
| 02/16/2024 | EL PASO WATER UT BILLPAY EL PASO WATER U | $3,395.00 |
| 02/21/2024 | EL PASO WATER UT BILLPAY EL PASO WATER U | $213.08 |
| 02/22/2024 | Otero County Ele WEB PMTS V8W90N | $76.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|----------:|------|-------:|----------:|------|-------:|
| 0 | 02/09/2024 | $5,000.00 | 1468* | 02/21/2024 | $420.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 02/05/2024 | $7,358.94 | 02/15/2024 | $8,160.30 | 02/22/2024 | $3,311.21 |
| 02/09/2024 | $2,358.94 | 02/16/2024 | $3,965.30 | | |
| 02/12/2024 | $1,384.66 | 02/21/2024 | $3,332.22 | | |

A B A N E PROPERTIES LTD                    XXXXXXX61911                    Statement Ending 02/29/2024                    Page 4 of 4



| #0000 | 02/09/2024 | $5,000.00 |
| #0000 | 02/22/2024 | $54.99 |



| #1468 | 02/21/2024 | $420.00 |